**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 23-14-DLB-EBA**

**GARY KEIM**                                                          **PLAINTIFF**


**v.**                                        **ORDER**


**CONNIE DAY, et al.**                                                  **DEFENDANTS**

*** *** *** *** *** ***

This matter is before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Edward B. Atkins (Doc. # 82), wherein, after screening the Complaint pursuant to §§ 1915(e)(2), 1915A, he recommends that Plaintiff's' claims pursuant to 28 U.S.C. § 1983 and Section 504 of the Rehabilitation Act (RA), 29 U.S.C. § 701 *et seq* against Defendant Kentucky Department of Corrections (KDOC) be dismissed and his claims under the American with Disabilities Act against KODC in its official capacity remain pending. No objections have been filed and the time in which file the same has passed. The Court having reviewed the R&R and finding it sound in all respects, **IT IS ORDERED** as follows:

(1)    The Magistrate Judge's Report and Recommendation (Doc. # 82), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court; and

(2)    Plaintiff's' claims pursuant to 28 U.S.C. § 1983 and Section 504 of the Rehabilitation Act (RA), 29 U.S.C. § 701 *et seq* against the Kentucky Department of Corrections are **DISMISSED WITH PREJUDICE**.

1

This 11th day of May 2026.



Signed By:

**David L. Bunning**

**Chief United States District Judge**